■ MICHAEL J. REW, Respondent, v COUNTY OF NIAGARA et al., Appellants. (Appeal No. 2.) [900 NYS2d 234]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered March 10, 2009 in a personal injury action. The

order granted the motion of plaintiff to serve a late notice of claim and amended summons and complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.